**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 287 EAL 2018

            Respondent    :

            :    Petition for Allowance of Appeal from
            :    the Order of the Superior Court

            v.             :

MITZILENE DUNMYER-BROWN,    :

            Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.